UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

VERNON P.,                              )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 ) Civil no. 2:17-cv-00397-LEW
                                        )
                                        )
SOCIAL SECURITY ADMINISTRATION          )
COMMISSIONER,                           )
                                        )
          Defendant.                    )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision on Motion to Remand and Statement of Errors filed November 3, 2018, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Sentence Six Remand is DENIED and the Commissioner's decision is AFFIRMED.

SO ORDERED.

/s/ Lance E. Walker
LANCE E. WALKER
U.S. DISTRICT JUDGE

Dated this 29th day of November, 2018.